IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NEBRASKA BEEF, LTD., | ) | 8:03CV175 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| DENNIS GREENING, RONALD SEITZ, CHANDER DEV, DUANE SHONKA, MICHAEL FAST, OTHER FSIS EMPLOYEES, JOHN DOE 1, JOHN DOE 2, JANE DOE 1, and JANE DOE 2, | ) ) ) ) ) ) | |
| Defendants. | ) | |

Pursuant to the mandate entered on April 21, 2005 by the Eight Circuit Court of Appeals, the Court hereby dismisses this case.

DATED this 22nd day of April, 2005.

BY THE COURT:

s/Joseph F. Bataillon

JOSEPH F. BATAILLON
United States District Judge